**McKinley David LITTLEJOHN, Plaintiff—Appellant,**

v.

**Larry MOODY, Safety Manager; Mike Gibbs, Electric Foreman; Chuck Lloyd, Counselor, Defendants—Appellees.**

No. 05–7278.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2005.

Decided: Nov. 29, 2005.

McKinley David Littlejohn, Appellant Pro Se. Anita K. Henry, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

McKinley Littlejohn, a federal inmate, appeals a district court order dismissing his complaint alleging that three prison officials were deliberately indifferent to his health and safety. We have reviewed the record and the district court order and find Littlejohn failed to state a claim of deliberate indifference. *See Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*